IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LISA MADDOX, M.D. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>SOUTHEAST QSR, LLC and DOES 1 to 25,<br><br>Defendants. | Case No. 1:23-cv-00185-JRH-BKE |

## **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

1. Plaintiff Lisa Maddox filed the above-referenced case against Defendant Southeast QSR, LLC, on December 7, 2023.

2. Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without a court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses her complaint with prejudice.

Dated:  July 9, 2024

                                    Respectfully Submitted,

                                    */s/ John T. Stembridge*
                                    John T. Stembridge
                                    Georgia Bar No. 678605
                                    **STEMBRIDGE TAYLOR LLC**
                                    4840 Roswell Road, Suite E300
                                    Atlanta, GA 30342
                                    Phone: 678-362-6567
                                    john@stembridgetaylor.com

                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing Notice of Dismissal with Prejudice using the Court's CM/ECF system, anwhich will generate electronic service on all counsel on record.

Dated:       July 9, 2024

                                    */s/ John T. Stembridge*
                                    John T. Stembridge