IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LISA MADDOX, M.D., individually and on behalf of all others similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 123-185 |
| SOUTHEAST QSR, LLC, and DOES 1 TO 25, | * * * | |
| Defendants. | * | |

# ORDER

Before the Court is Plaintiff's notice of voluntary dismissal with prejudice. (Doc. 4.) This motion was filed prior to any Defendant having served an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA